## Smith & Buchanan vs. Gorton.

Appeal from *Baltimore* County Court. *Assumpsit* by the appellee against the appellants. The declaration contained two counts. The general issue was pleaded; and at the trial the plaintiff offered certain testimony in evidence. The defendants objected to the testimony being given to the jury in support of the issue joined on the second count in the declaration; but the county court,

*Margin (right):*
1808.

Smith & Buchanan
vs
Gorton.

December.

The court of appeals, having concurred in the opinion expressed by the county court, in the bill of exceptions, but reversed the judgment on the form of proceedings, awarded a procedendo.

*1808*

*Mudd*
*vs*
*Reeves*

*(H. Ridgely;* Ch. J.) overruled the objection, and per-
mitted the evidence to be given to the jury. The defen-
dants excepted; and the verdict and judgment being for
the plaintiff, they appealed to this court.

The cause was argued before CHASE, Ch. J. BUCHANAN,
NICHOLSON, and GANTT, J. by

*Harper* and *Purviance,* for the Appellants; and by
*Winder* and *Rogers,* for the Appellee.

THE COURT were of opinion that there was error in the
form of proceedings, the second count in the declaration
being defective; but they concurred in the opinion express-
ed by the court below in the bill of exceptions.

JUDGMENT REVERSED, AND PROCEDENDO AWARDED.